# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTEAM MALDONADO GALEAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No.: CV 24-3861-DMG (AGRx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [20]** |

Based on the Parties' stipulation and in accordance with their settlement agreement, and good cause appearing therefor, the stipulation is APPROVED. The above-captioned action is hereby dismissed with prejudice, in its entirety.

**IT IS SO ORDERED.**

DATED: August 11, 2025

_____
DOLLY M. GEE
Chief United States District Judge